UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MARJURITA D. KELLEY, et al., | § | |
| --- | --- | --- |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | Case No. 3:16-CV-1015-B |
| THE CITY OF DALLAS, et al., | § | |
| | § | |
| Defendants, | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiffs filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, (1) T-Mobile USA, Inc.'s and MetroPCS Communications, Inc.'s *Motion to Dismiss Plaintiffs' Second Amended Complaint*, Doc. 66, and (2) the City of Dallas' *Renewed Motion to Dismiss Plaintiffs' State Law Tort Claims Against Individual Defendants*, Doc. 69, are **GRANTED**.

SO ORDERED this 5th day of September, 2017.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE