UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MARJURITA D. KELLEY et al., | § | |
| --- | --- | --- |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 3:16-CV-1015-B-BK |
| | § | |
| THE CITY OF DALLAS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiffs filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's equal protections claims against Defendants City of Dallas and Officer Kevin Mansell brought pursuant to 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**.

SO ORDERED this 20th day of March, 2018.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE